IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW L. BARNUM and PATRICIA BARNUM, <br>           Plaintiffs, <br><br> v. <br><br> ARTHUR V. SHERMAN, K. SMITH TRUCKING, BOBBY JOE DILLARD, EPES TRANSPORTATION SYSTEMS, RYAN W. GATELEY, STAR TRANSPORATION, INC., <br>           Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 08 CIV 6344 <br><br> **FRCP RULE 7.1** <br> **DISCLOSURE STATEMENT** |

NOW comes defendant, STAR TRANSPORTATION, INC. and submits in duplicate its Disclosure Statement pursuant to Fed. R. Civ. P. Rule 7.1. STAR TRANSPORATION, INC. has no publicly traded corporate parents, subsidiaries or affiliates.

Dated: August 27, 2008

                                WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                    by:   /s/ Brian Del Gatto
                          BRIAN DEL GATTO (BD7759)
                          Attorneys for Defendants,
                          Ryan W. Gateley and Star Transportation Systems, Inc.
                          177 Broad Street, 6th Floor
                          Stamford, CT 06901
                          (203) 388-9100
                          (203) 388-9101 (fax)
                          File No.: 06516.00073
                          Email: Brian.DelGatto@wilsonelser.com

TO:    DAVID LEVER
        LEVER & STOLZENBERG
        303 Old Tarrytown Road
        White Plains, NY 10603

1

121708.1

RICHARD WEBER
LAW OFFICES OF FLOYD G. COTRELL, P.A.
550 Broad Street, Suite 1710
Newark, NJ 07102

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the above and foregoing Pleading was sent to the following:

TO: DAVID LEVER
LEVER & STOLZENBERG
303 Old Tarrytown Road
White Plains, NY 10603

RICHARD WEBER
LAW OFFICES OF FLOYD G. COTRELL, P.A.
550 Broad Street, Suite 1710
Newark, NJ 07102

Via U.S. Mail, postage prepaid, on the 27th day of August, 2008.

                                              /s/ Brian Del Gatto
                                              Brian Del Gatto (BD7759)