IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW L. BARNUM and PATRICIA BARNUM,<br>          Plaintiffs,<br><br>v.<br><br>ARTHUR V. SHERMAN, K. SMITH TRUCKING, BOBBY JOE DILLARD, EPES TRANSPORTATION SYSTEMS, RYAN W. GATELEY, STAR TRANSPORATION, INC.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 08 CIV 6344<br>)<br>)<br>) **AMENDED FRCP RULE 7.1**<br>) **DISCLOSURE STATEMENT**<br>)<br>) |

NOW comes defendant, STAR TRANSPORTATION, INC. and submits in duplicate its Disclosure Statement pursuant to Fed. R. Civ. P. Rule 7.1.  STAR TRANSPORATION, INC. has no publicly traded corporate parents, subsidiaries or affiliates.

 Dated: August 28, 2008

                        WILSON, ELSER, MOSKOWITZ, EDELMAN &  DICKER LLP


                by:   _/s/ Brian Del Gatto_____
                      BRIAN DEL GATTO  (BD7759)
                      Attorneys for Defendants,
                      Ryan W. Gateley and Star Transportation Systems, Inc.
                      177 Broad Street, 6th Floor
                      Stamford, CT 06901
                      (203) 388-9100
                      (203) 388-9101 (fax)
                      File No.:  06516.00073
                      Email: Brian.DelGatto@wilsonelser.com


TO:    DAVID LEVER
          LEVER & STOLZENBERG
          303 Old Tarrytown Road
          White Plains, NY 10603

121755.1

RICHARD WEBER
LAW OFFICES OF FLOYD G. COTRELL, P.A.
550 Broad Street, Suite 1710
Newark, NJ 07102

CARTER, CONBOY, CASE, BLACKMORE, MALONEY & LAIRD
20 Corporate Woods Boulevard
Albany, NY 12211-2362

121755.1

3

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that a true and correct copy of the above and foregoing Pleading was sent to the following:

TO:    DAVID LEVER
         LEVER & STOLZENBERG
         303 Old Tarrytown Road
         White Plains, NY 10603

         RICHARD WEBER
         LAW OFFICES OF FLOYD G. COTRELL, P.A.
         550 Broad Street, Suite 1710
         Newark, NJ 07102

         CARTER, CONBOY, CASE, BLACKMORE, MALONEY & LAIRD
         20 Corporate Woods Boulevard
         Albany, NY 12211-2362

Via U.S. Mail, postage prepaid, on the 28th day of August, 2008.

                                                          /s/ Brian Del Gatto
                                                          Brian Del Gatto (BD7759)

121755.1