Form 45 -

LEVER & STOLZENBERG, ESQ.
ATTN:

U.S.SOUTHERN DIST. COURT        NEW YORK   COUNTY
-------------------------------------------------------
ANDREW L.BARNUM, ETANO                    plaintiff

         - against -

ARTHUR V.SHERMAN, ETAL                    defendant
-------------------------------------------------------

Index No. **08 CIV 6344**

Date Filed   ............

Office No.

Court Date:   / /

   PLEASE TAKE NOTICE that pursuant to the provisions of Section 253/254 of the Vehicle and Traffic Laws of the State of New York, the

**SUMMONS AND VERIFIED COMPLAINT**
**CIVIL COVER SHEET**

in the above entitled action was served upon you personally on:

   **24th day of July, 2008 at**

by delivering a true copy thereof to the regularly established office of the Secretary of State, of the State of New York, at 123 William St,19th fl in the Borough of Manhattan, City of New York together with the statutory fee of $10.00.

   And Please Take Further Notice, that we are sending you herewith, by certified mail return receipt requested another true copy of the

**SUMMONS AND VERIFIED COMPLAINT**
**CIVIL COVER SHEET**

in this action.

Dated: **08/06/2008**

                                        Yours truly,

                                        LEVER & STOLZENBERG, ESQ.
                                        3LS4140586

   To:  ARTHUR V.SHERMAN

        9161 LADELL
        LOWELL, ARIZONA 72745



Form 45 -

LEVER & STOLZENBERG, ESQ.
ATTN:

U.S.SOUTHERN DIST. COURT    NEW YORK   COUNTY
-------------------------------------------------
ANDREW L.BARNUM, ETANO                plaintiff

       - against -

ARTHUR V.SHERMAN, ETAL                defendant
-------------------------------------------------

Index No. **08 CIV 6344**

Date Filed   ............

Office No.

Court Date:    /  /

    PLEASE TAKE NOTICE that pursuant to the provisions of Section 253/254 of the Vehicle and Traffic Laws of the State of New York, the

**SUMMONS AND VERIFIED COMPLAINT**
**CIVIL COVER SHEET**

in the above entitled action was served upon you personally on:

   **24th day of July, 2008 at**

by delivering a true copy thereof to the regularly established office of the Secretary of State, of the State of New York, at 123 William St,19th fl in the Borough of Manhattan, City of New York together with the statutory fee of $10.00.

    And Please Take Further Notice, that we are sending you herewith, by certified mail return receipt requested another true copy of the

**SUMMONS AND VERIFIED COMPLAINT**
**CIVIL COVER SHEET**

in this action.

Dated: **08/06/2008**

                                      Yours truly,

                                      LEVER & STOLZENBERG, ESQ.
                                      3LS4140587

   To:   **K.SMITH TRUCKING**

       13690 PALM RD
       NEOSHO, MISSOURI 64850

Aetna

**Receipt, Summons Service (Vehicle)**
Fee paid for service under:
☑ § 253 Veh. & Tr. Law
☐ § 254 Veh. & Tr. Law
☐ § 74 Nav. Law
☐ § 250 G.B. Law (Air)

STATE OF NEW YORK
DEPARTMENT OF STATE

DATE  M 219912
7-24-08

Received (☐ cash ☑ other) the sum of TEN DOLLARS ($10)

for summons served against  K. Smith Trucking

in the case of  Andrew L. Barnum  (Plaintiff) vs.  Arthur V. Sherman  (First Defendant)

in  District  Court, County of  New York

To be refunded $

By  S Powell
STATE OF NEW YORK
Secretary of State

DOS-655 (Rev. 7/91)

NAME OF PLAINTIFF'S ATTORNEY

Lever & Stolzenberg LLP
303 Old Tarrytown Road
White Plains NY 10603



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

7005 0390 0000 8025 4281

Postage $
Certified Fee  6.92
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total  04 /L54
Sent To  K. SMITH TRUCKING
Street, Apt. No.; or PO Box No.  13690 PALM RD
City, State, ZIP+4  NEOSHO, MISSOURI 64850

Postmark Here

Form 45 -
    **LEVER & STOLZENBERG, ESQ.**
    **ATTN:**

U.S.SOUTHERN DIST. COURT    NEW YORK   COUNTY
-------------------------------------------------

| | |
|---|---|
| ANDREW L.BARNUM, ETANO    plaintiff | Index No. **08 CIV 6344** |
| - against - | Date Filed  ............ |
| ARTHUR V.SHERMAN, ETAL    defendant | Office No. |
| | Court Date:  / / |

-------------------------------------------------

PLEASE TAKE NOTICE that pursuant to the provisions of Section 253/254 of the Vehicle and Traffic Laws of the State of New York, the

**SUMMONS AND VERIFIED COMPLAINT**
**CIVIL COVER SHEET**

in the above entitled action was served upon you personally on:

**24th day of July, 2008 at**

by delivering a true copy thereof to the regularly established office of the Secretary of State, of the State of New York, at 123 William St,19th fl in the Borough of Manhattan, City of New York together with the statutory fee of $10.00.

And Please Take Further Notice, that we are sending you herewith, by certified mail return receipt requested another true copy of the

**SUMMONS AND VERIFIED COMPLAINT**
**CIVIL COVER SHEET**

in this action.

Dated: **08/06/2008**                    Yours truly,

                                                  **LEVER & STOLZENBERG, ESQ.**
                                                  3LS4140588

    To:  **BOBBY JOE DILLARD**

         **211 SUNSET STRIP RD**
          **N.WILKESBORO, NC 28659**

Aetna

CT-80

**Receipt, Summons Service (Vehicle)**

STATE OF NEW YORK
DEPARTMENT OF STATE

Fee paid for service under:
- [✓] § 253 Veh. & Tr. Law
- [ ] § 254 Veh. & Tr. Law
- [ ] § 74 Nav. Law
- [ ] § 250 G.B. Law (Air)

Received ( [ ] cash [✓] other) the sum of TEN DOLLARS ($10) To be refunded $ _____

for summons served against _Bobby Joe "Dillard"_
(Plaintiff) vs.

in the case of _Andrew L. Barnum_ _Arthur V. Sherman_ (First)
                                                                                    Defendant)

in _District_ Court, County of _New York_

DATE 7-24-08

M 219913

By _L. Powell_

STATE OF NEW YORK
Secretary of State

NAME OF PLAINTIFF'S ATTORNEY

Lever & Stolzenberg LLP
303 Old Tarrytown Road
White Plains NY 10603

DOS-655 (Rev. 7/91)



CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Postage $
Certified Fee  6.92
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)

7005 0390 0000 8025 4304

To: 04 /LS4 BOBBY JOE DILLARD
211 SUNSET STRIP RD
N. WILKESBORO, NC 28659

PS Form 3800, June 2002

Form 45 -

LEVER & STOLZENBERG, ESQ.
ATTN:

U.S.SOUTHERN DIST. COURT     NEW YORK   COUNTY
----------------------------------------------------

ANDREW L.BARNUM, ETANO                    plaintiff

               - against -

ARTHUR V.SHERMAN, ETAL                    defendant
----------------------------------------------------

Index No. **08 CIV 6344**

Date Filed   ............

Office No.

Court Date:   / /

    PLEASE TAKE NOTICE that pursuant to the provisions of Section 253/254 of the Vehicle and Traffic Laws of the State of New York, the

**SUMMONS AND VERIFIED COMPLAINT**
**CIVIL COVER SHEET**

in the above entitled action was served upon you personally on:

**24th day of July, 2008 at**

by delivering a true copy thereof to the regularly established office of the Secretary of State, of the State of New York, at 123 William St,19th fl in the Borough of Manhattan, City of New York together with the statutory fee of $10.00.

    And Please Take Further Notice, that we are sending you herewith, by certified mail return receipt requested another true copy of the

**SUMMONS AND VERIFIED COMPLAINT**
**CIVIL COVER SHEET**

in this action.

Dated: **08/06/2008**                          Yours truly,

                                          LEVER & STOLZENBERG, ESQ.
                                          3LS4140589

    To:   **EPES TRANSPORTATION SYSTEMS**

         **3400 EDGEFIELD COURT**
         **GREENSBORO, NORTH CAROLINA 27409**

Case 7:08-cv-06344-KMK    Document 6    Filed 09/02/2008    Page 8 of 12



Aetna

CL-80

**STATE OF NEW YORK**
**DEPARTMENT OF STATE**

M  219914    DATE 7-24-08

To be refunded $ _____

STATE OF NEW YORK
Secretary of State

By /s/ D. Powell

**Receipt, Summons Service (Vehicle)**

Fee paid for service under:
- ☑ § 253 Veh. & Tr. Law
- ☐ § 254 Veh. & Tr. Law
- ☐ § 74 Nav. Law
- ☐ § 250 G.B. Law (Air)

VEHICLE

Received (☐ cash ☑ other) the sum of TEN DOLLARS ($10)

for summons served against __Epes Transportation Systems__ (Plaintiff) vs. __Arthur V. Sherman__ (Defendant)

in the case of __Andrew L. Barnum__

in __District__ Court, County of __New York__

NAME OF PLAINTIFF'S ATTORNEY

Lever & Stolzenberg LLP
303 Old Tarrytown Road
White Plains  NY  10603

DOS-655 (Rev. 7/91)

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee  6.92
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)

Postmark Here — CHURCH STREET STATION, NEW YORK, NY

To: EPES TRANSPORTATION SYSTEMS
Street: 3400 EDGEFIELD COURT
City: GREENSBORO, NORTH CAROLINA 274

7002 0860 0000 5058 4311

Form 45 -
     **LEVER & STOLZENBERG, ESQ.**
     **ATTN:**

U.S.SOUTHERN DIST. COURT     NEW YORK  COUNTY
---------------------------------------------------

ANDREW L.BARNUM, ETANO            plaintiff     Index No. **08 CIV 6344**

           - against -                             Date Filed  . . . . . . . . . . . .

ARTHUR V.SHERMAN, ETAL            defendant    Office No.

                                                                       Court Date:   /  /
---------------------------------------------------

    PLEASE TAKE NOTICE that pursuant to the provisions of Section 253/254 of the Vehicle and Traffic Laws of the State of New York, the

**SUMMONS AND VERIFIED COMPLAINT**
**CIVIL COVER SHEET**

in the above entitled action was served upon you personally on:

    **24th day of July, 2008 at**

by delivering a true copy thereof to the regularly established office of the Secretary of State, of the State of New York, at 123 William St,19th fl in the Borough of Manhattan, City of New York together with the statutory fee of $10.00.

    And Please Take Further Notice, that we are sending you herewith, by certified mail return receipt requested another true copy of the

**SUMMONS AND VERIFIED COMPLAINT**
**CIVIL COVER SHEET**

in this action.

Dated: 08/06/2008                                     Yours truly,

                                                       LEVER & STOLZENBERG, ESQ.
                                                       3LS4140590

   To:  **RYAN W.GATELEY**

        **101 EVANS ROAD**
        **LEXINGTON, TENNESSEE 38351**

*Receipt, Summons Service (Vehicle)*

Aetna    CK-80

STATE OF NEW YORK
DEPARTMENT OF STATE

M  219915

DATE 7-24-08

Fee paid for service under:
[✓] § 253 Veh. & Tr. Law
[ ] § 254 Veh. & Tr. Law
[ ] § 74 Nav. Law
[ ] § 250 G.B. Law (Air)

**VEHICLE**

Received ([ ] cash [✓] other) the sum of TEN DOLLARS ($10)   To be refunded $ ___

for summons served against  Ryan W. Gateley

in the case of  Andrew L. Barnum  (Plaintiff) VS.  Arthur V. Sherman  (First Defendant)

in  District  Court, County of  New York

NAME OF PLAINTIFF'S ATTORNEY

Lever & Stolzenberg LLP
303 Old Tarrytown Road
White Plains   NY   10603

STATE OF NEW YORK
Secretary of State

By  L. Powell

DOS-655 (Rev. 7/91)



CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Postage  $
Certified Fee  6.92
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees

Sent: RYAN W. GATELEY
Street or PO: 101 EVANS ROAD
City: LEXINGTON, TENNESSEE 38351

PS Form 3800, June 2002

Form 45 -

    **LEVER & STOLZENBERG, ESQ.**
    **ATTN:**

U.S.SOUTHERN DIST. COURT    NEW YORK COUNTY
----------------------------------------------------

ANDREW L.BARNUM, ETANO              plaintiff      Index No. **08 CIV 6344**

                - against -                                  Date Filed ............

                                                                     Office No.

ARTHUR V.SHERMAN, ETAL               defendant     Court Date:   / /
----------------------------------------------------

    PLEASE TAKE NOTICE that pursuant to the provisions of Section 253/254 of the Vehicle and Traffic Laws of the State of New York, the

    **SUMMONS AND VERIFIED COMPLAINT**
    **CIVIL COVER SHEET**

in the above entitled action was served upon you personally on:

    **24th day of July, 2008 at**

by delivering a true copy thereof to the regularly established office of the Secretary of State, of the State of New York, at 123 William St,19th fl in the Borough of Manhattan, City of New York together with the statutory fee of $10.00.

    And Please Take Further Notice, that we are sending you herewith, by certified mail return receipt requested another true copy of the

    **SUMMONS AND VERIFIED COMPLAINT**
    **CIVIL COVER SHEET**

in this action.

Dated: **08/06/2008**                              Yours truly,

                                                      LEVER & STOLZENBERG, ESQ.
                                                      3LS4140591

    To:   **STAR TRANSPORTATION, INC.**

            **1116 POLK AVE**
            **NASHVILE, TENNESSEE 37210**

**Receipt, Summons Service (Vehicle)**

STATE OF NEW YORK
DEPARTMENT OF STATE

M 219916    DATE 7-24-08

Aetna    ck-$0

Fee paid for service under:
☑ § 253 Veh. & Tr. Law
☐ § 254 Veh. & Tr. Law
☐ § 74 Nav. Law
☐ § 250 G.B. Law (Air)

To be refunded $ ___

Received (☐ cash ☑ other) the sum of TEN DOLLARS ($10)

for summons served against Star Transportation Inc (First Defendant)

in the case of Andrew L. Barnum (Plaintiff) vs. Arthur V. Sherman (Defendant)

in District Court, County of New York

NAME OF PLAINTIFF'S ATTORNEY

Lever & Stolzenberg LLP
303 Old Tarrytown Road
White Plains, NY 10603

STATE OF NEW YORK
Secretary of State

By J. Powell

DOS-655 (Rev. 7/91)



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Postage $
Certified Fee 6.92
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Sent To 04 /LS4  STAR TRANSPORTATION, INC.
Street, Apt. No.; or PO Box  1116 POLK AVE
City, State, ZIP+4  NASHVILLE, TENNESSEE 37210

7005 0390 0000 8025 4700

Postmark Here — CHURCH STREET STATION, NEW YORK, NY