Form 47 -
**LEVER & STOLZENBERG, ESQ.**
**ATTN:**
U.S.SOUTHERN DIST. COURT        NEW YORK   COUNTY
------------------------------------------------------

ANDREW L.BARNUM, ETANO                          plaintiff        Index No. **08 CIV 6344**

                    - against -                                  Date Filed  ............

                                                                 Office No.
ARTHUR V.SHERMAN, ETAL                          defendant
                                                                 Court Date:   / /
------------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK           :SS:

   **JOEL GOLUB**     being duly sworn, deposes and says:
that on the **24th  day of July, 2008** deponent personally delivered to,
and left with **LISA POWELL, CLERK** whom deponent knew to be a clerk duly
authorized to accept service of process for and on behalf of the Secretary of
State of the State of New York and described herein as
SEX: **FEMALE**             COLOR: **BLACK**       HAIR: **BLACK**
APP. AGE: **35**            APP. HT: **5:7**       WEIGHT: **130**
OTHER IDENTIFYING FEATURES:                         a true copy of the
   **SUMMONS AND VERIFIED COMPLAINT    CIVIL COVER SHEET**
in the above-entitled action, together with the statutory fee of **$10.00**
as a service upon: **ARTHUR V.SHERMAN**
the **DEFENDANT** in this action; that such service was made at a regularly
established office of the Secretary of State of the State of New York, at
**123 WILLIAM ST.**, in the borough of Manhattan, City of New York, pursuant to the
provisions of the section 253 or 254 of the Vehicle and Traffic Laws of the
State of New York.
   Forthwith, following service of the said process upon the Secretary of
State as foresaid, deponent duly sent by certified mail, a notice of such
service, a true copy of which is attached hereto, and a true copy of the
   **SUMMONS AND VERIFIED COMPLAINT    CIVIL COVER SHEET**
herein to the **DEFENDANT**, by enclosing the same in a securely sealed wrapper
addressed to the said **DEFENDANT** at
   **9161 LADELL**
   **LOWELL, ARIZONA 72745**
placing thereon sufficient postage, duly certifying the same with due request
for return receipt, and personally leaving the same at the Post Office at
Peck Slip Station, New York, N.Y. for transmittal in the mails to the said
**DEFENDANT.** Attached hereto, and made a part hereof, is the envelope
returned from the Post Office marked.
**UNDELIVERABLE AS ADDRESSED UNABLE TO FORWARD**

Sworn to before me this
14th  day of  August 2008sr

BRETT GOLUB
Notary Public, State of New York
   No.01G06129491
Qualified in NASSAU
Commission Expires 06/27/2009

..........................
JOEL GOLUB 701893
AETNA   CENTRAL   JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3LS4140586

Form 45 -

    **LEVER & STOLZENBERG, ESQ.**
    **ATTN:**

U.S.SOUTHERN DIST. COURT    NEW YORK   COUNTY
-------------------------------------------------

ANDREW L.BARNUM, ETANO           plaintiff

              - against -

ARTHUR V.SHERMAN, ETAL           defendant
-------------------------------------------------

Index No. **08 CIV 6344**

Date Filed  .............

Office No.

Court Date:  /  /

    PLEASE TAKE NOTICE that pursuant to the provisions of Section 253/254 of the Vehicle and Traffic Laws of the State of New York, the

    **SUMMONS AND VERIFIED COMPLAINT**
    **CIVIL COVER SHEET**

in the above entitled action was served upon you personally on:

    **24th day of July, 2008 at**

by delivering a true copy thereof to the regularly established office of the Secretary of State, of the State of New York, at 123 William St,19th fl in the Borough of Manhattan, City of New York together with the statutory fee of $10.00.

    And Please Take Further Notice, that we are sending you herewith, by certified mail return receipt requested another true copy of the

    **SUMMONS AND VERIFIED COMPLAINT**
    **CIVIL COVER SHEET**

in this action.

Dated: 08/06/2008                        Yours truly,

                                                         LEVER & STOLZENBERG, ESQ.
                                                         3LS4140586

    To:  **ARTHUR V.SHERMAN**

           **9161 LADELL**
           **LOWELL, ARIZONA 72745**

