FLOYD G. COTTRELL, P.A.

**Floyd G. Cottrell***
Certified by the Supreme Court
of New Jersey as a Civil Trial
Attorney
Certified by the National
Board of Trial Advocacy as a
Civil Trial Specialist

**Kalliopi P. Kousis**
**Edward Solensky, Jr.**

Of Counsel
**Robert J. Gallop**
Certified by the Supreme Court
of New Jersey as a Civil Trial
Attorney

Associates
**Richard E. Weber, Jr.***
**Cherette M. Smith***
**Patrick W. Kenney***
**J.D. Singh Narula***

Paralegals
**Evelyn Concepcion**
**Dawn Frantz**

*Also Admitted in NY



**NJ Office:**
550 Broad Street
Suite 1710
Newark, NJ 07102-4549
Phone: (973) 643-1400
Fax:   (973) 643-1900

**NY Office:**
5 W. Main Street
Suite 201
Elmsford, NY 10523
Phone: (914) 592-1919
Fax:   (914) 592-2987

www.fcottrell.com

# MEMO ENDORSED

August 29, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**VIA FAX (914) 390-4152**
Honorable Kenneth M. Karas
**United States District Court**
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

> Re:  **Andrew L. Barnum and Patricia**
>      **Barnum vs. Arthur vs. Sherman, et al.**
>      **Civil Action No. 7:08-cv-06344/KMK**
>      **Our File No. 03-07-008**

Dear Judge Karas:

The undersigned represents defendants K. Smith Trucking and Arthur V. Sherman with regards to the above matter.

The deadline for these defendants to file an Answer is today. This office is presently awaiting assignment of an ECF User Code and password to allow the documents to be filed electronically. I write today to respectfully request permission from the Court to electronically file a late Answer upon receipt of the Username and password.

In accordance with the Court's individual rules, prior express permission to submit this faxed correspondence was provided by Lisa of the Court's Chamers.

No previous requests have been made with the court for additional time to file an Answer of the within matter.

THE LAW OFFICES OF
FLOYD G. COTTRELL, P.A.

 

 

 

   Plaintiff's counsel has given consent to the
extension of the time for filing of one week.  The
requested extension, if granted, will not affect
any other scheduled date.

   The Court's consideration in this regard is
greatly appreciated.  If I may provide any further
information to the Court, please do not hesitate to
call upon me.

               Respectfully submitted,

               PATRICK W. KENNEY

PWK:ec
cc: David B. Lever, Esq. via fax (914) 288-9197
    Brian Del Gatto, Esq., via fax (203) 388-9101

 

 

Defendants K Smith Trucking and
Arthur V. Sherman have until September 11, 2008
to answer the Complaint.

               So ordered.

               9/3/08